

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

PAMELA A. PARRIS,

        Plaintiff,

   v.                            ACTION NO. 2:14cv142

PNC MORTGAGE, a division of
PNC BANK, N.A.,

        Defendant.

## ORDER

This matter comes before the court on defendant's Motion to Dismiss (ECF No. 3) filed on April 23, 2014.  The matter was referred to a United States Magistrate Judge by Order of June 2, 2014 (ECF No. 9), pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned proposed findings of fact, if applicable, and recommendations for the disposition of the matter.

The United States Magistrate Judge's Report and Recommendation (ECF No. 10) was filed on July 7, 2014.  The magistrate judge recommended denying in part and granting in part defendant's Motion to Dismiss.

By copy of the report and recommendation of the magistrate judge, the parties were advised of their right to file written objections thereto.  On July 21, 2014, the plaintiff filed an Objection to the

Magistrate's Report and Recommendation (ECF No. 11), and on July 22, 2014, the plaintiff withdrew her Objection (ECF No. 12).  The court has received no other objections to the magistrate judge's report and recommendation, and the time for filing same has expired.  The court does hereby adopt and approve in full the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed July 7, 2014.  Accordingly, the defendant's Motion to Dismiss is **DENIED** in part, and **GRANTED** in part, but only to the extent that the request for punitive damages be stricken.

The Clerk shall forward a copy of this Order to all parties of record.

It is so **ORDERED**.

/s/
Rebecca Beach Smith
Chief
United States District Judge

REBECCA BEACH SMITH
CHIEF UNITED STATES DISTRICT JUDGE

July 28 , 2014

2