**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

PAMEL A. PARRIS,

       Plaintiff,

v.                                                                        ACTION NO. 2:14cv142

PNC MORTGAGE
*a division of PNC Bank, N.A.*,

       Defendant.

## AMENDED SETTLEMENT CONFERENCE ORDER

This case was originally referred to Magistrate Judge Lawrence R. Leonard for a settlement conference on October 31, 2014 at 11:00 a.m., and a Settlement Conference Order was entered on October 1, 2014.  The settlement conference has been reassigned to Magistrate Judge Tommy E. Miller for the same date and time.  Accordingly, the parties must submit a brief memorandum of five pages or less directly to the chambers of the undersigned (do not file in the clerk's office) by noon on **October 29, 2014.**  Do not serve a copy of the letter on the opposing party unless you wish to disclose your settlement position.  The memorandum can be emailed to **Tommy_Miller@vaed.uscourts.gov   and   Jacqueline_McIntyre@vaed.uscourts.gov**.   All remaining requirements detailed in the October 1, 2014 Settlement Conference Order (ECF No. 16) remain in effect.

The Clerk shall mail a copy of this Order to all counsel of record.

                                                                         /s/
                                                                 Tommy E. Miller
                                               UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia
October 22, 2014